# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

145482 & (22)(23)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                  SC: 145482
                                  COA: 308417
                                  Calhoun CC: 2010-002920-FH

JOSEPH JEREMY JOHNSON,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 18, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for appointment of counsel and to remand are DENIED.

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013 _____ _____
                                                        Clerk

p0225